FELSKA, Respondent, v. ERIE RY. CO., Appellant. (Supreme Court, Appellate Divi-

sion, Fourth Department. November 17, 1903.) Action by Agnes Felska, as administratrix, against the Erie Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and the facts. Held, that the verdict of the jury that plaintiff's intestate was free from contributory negligence is contrary to the evidence.

WILLIAMS, J., dissents upon the ground that the question of contributory negligence was fairly decided by the jury.